IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01523-PAB-KLM

KEITH S. FREEDMAN,

    Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC., a Colorado foreign corporation,

    Defendant.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Countrywide Home Loans, Inc.'s **Unopposed Motion to Vacate the Settlement Conference** [Docket No. 35; Filed December 1, 2009] (the "Motion").  According to the Motion, the parties have reached a settlement and are in the process of drafting the settlement agreement.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Settlement Conference set in this matter for December 11, 2009, at 9:00 a.m., is **VACATED**, and the parties are not required to submit Confidential Settlement Statements.

    IT IS **FURTHER ORDERED** that the parties shall file a stipulation of dismissal on or before **January 19, 2010**.

Dated:  December 3, 2009