**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Case No.  09-cv-01523-PAB-KLM

KEITH S. FREEDMAN,

    Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC.,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulation of Dismissal With Prejudice [Docket No. 43].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED February 26, 2010.

                                            BY THE COURT:

                                            s/ Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge